**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00504-CR**
_____

**EX PARTE TASHA NICOLE ROY**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-04-06316**

**MEMORANDUM OPINION**

Tasha Nicole Roy appealed from an order denying her pretrial Application for a Writ of Habeas Corpus from Finding of Insufficient Bond. On February 13, 2026, Roy filed a motion to dismiss the appeal as moot. The motion is signed by the appellant personally and by appellate counsel and was filed before the appellate court issued a decision in the appeal. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 3, 2026
Opinion Delivered March 4, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.